(135 So. 426)

## MOBILE LIGHT & R. CO. v. Lizzie PHILLIPS.

### I Div. 669.

Supreme Court of Alabama.

June 11, 1931.

Harry T. Smith & Caffey, of Mobile, for petitioner.

Outlaw, Kilborn & Seale, of Mobile, opposed.

**FOSTER, J.**

Petition of the Mobile Light & Railroad Company for Certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Mobile L. & R. Co. v. Phillips, 135 So. 424.

Writ denied.

ANDERSON, C. J., .and GARDNER and BOULDIN, JJ., concur.